IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAMARR ROWELL,

        Petitioner,                            3:10-cv-00135-HDM-VPC

   vs.                                        ORDER

JACK PALMER, *et al.*,

        Respondents.
_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Roger L. Hunt for reassignment.

    Dated this 5th day of January, 2011.

*/s/ Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE